IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRANDON T. OSTERMAN, | § | |
| | § | No. 347, 2020 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1508002375 (K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: December 22, 2020
Decided: January 7, 2021

**ORDER**

It appears to the Court that, on December 1, 2020, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant, Brandon T. Osterman, to show cause why his appeal should not be dismissed for his failure to pay the Supreme Court filing fee or to file a motion to proceed *in forma pauperis*. Postal records show that Osterman received the notice to show cause before December 11, 2020. A timely response to the notice to show cause was due on or before December 21, 2020. To date, Osterman has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice